# EXHIBIT C

 Home   ⚡ Moments

🔍 Search Twitter

Have an account? Log in ▾



**Joshua Lifrak**
@lifrakattack

To be a champion, simply be a champion. Director of The Mental Skills Program of the Chicago Cubs

📍 N 34°2' 0'' / W 118°22' 0''
🔗 medium.com/@lifrakattack
📅 Joined March 2010

📷 **253 Photos and videos**

  
  

| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|---|---|---|---|
| **4,880** | 289 | 1,061 | 1,265 |

👤+ Follow

**Tweets**   Tweets & replies   Media

🔁 Joshua Lifrak Retweeted

 **Lars Lifrak** @larslifrak · 18h
Good to be with my brother @lifrakattack in Wrigley Field tonight. #GoCubsGo



↩   🔁 1   ♥ 4   •••

🔁 Joshua Lifrak Retweeted

 **Moawad Consulting** @Moawad_Group · 21h
Great Minds 'Behave' Differently.

> Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It's highly unusual.
>
> Every competition has only one winner. No matter how many people are entered (not to mention those who failed to qualify), only one person wins each event.
>
> Winning is unusual. As such, it requires unusual action.
>
> In order to win you must do extraordinary things. You just can't be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently. Your actions need to reflect unusual priorities and values. You have to value success more than others do. You have to want it more. Now, take note! Wanting it more is a decision you make and act upon -- not some inherent quality or burning inner drive or inspiration. And you have to make that value a priority.
>
> You can't train like everyone else. You have to train more and train better. You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's "in". You need to be willing to stand out in the crowd and consistently take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness … because WINNING ISN'T NORMAL!!!!!

  9  14 

 **Joshua Lifrak** @lifrakattack · May 10
Catch the mind in drift and pause and breathe and then focus on your process. That is Cub. #thatscub

