UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Keith F. Bell, Ph.D., | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-02386 |
| | ) | |
| v. | ) | Judge Robert M. Dow Jr. |
| | ) | |
| Chicago Cubs Baseball Club, | ) | Mag. Judge Susan E. Cox |
| LLC and Joshua Lifrak | ) | |
| Defendants. | ) | |

### Initial Status Report

Plaintiff, Keith F. Bell, Ph.D. ("Dr. Bell" or "Plaintiff") hereby files this Initial Status Report pursuant to the Standing Order Regarding Initial Status Reports [Dkt. 4].

1. In this Initial Status Report, Plaintiff provides the following information:

    a. The undersigned Adam E. Urbanczyk is attorney of record for Plaintiff. An attorney has not filed an appearance on behalf of either Defendant, however counsel for Plaintiff has spoken with Mr. Kal K. Shah, of Benesch, Friedlander, Coplan & Aronoff LLP, who has confirmed representation of both Defendants and who agreed to waive service of process (waiver was sent on April 11, 2019). Plaintiff is in the process of identifying one or more attorneys expected to try the case. Mr. C. Ashley Callahan and Mr. Joshua G. Jones, of The Law Offices of C. Ashley Callahan, P.C. and The Law Office of Joshua G. Jones, respectively, intend to move for *pro hac vice* admission on behalf of Plaintiff.

    b. The basis for federal jurisdiction is 28 U.S.C. §§ 1331, 1338(a) in that Plaintiff's claims arise under an act of Congress relating to copyrights. This Court also has diversity jurisdiction in this case pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiff and Defendants are from different states and the amount in controversy exceeds $75,000.

c. Plaintiff's claims relate to the Defendants' infringement of Plaintiff's registered copyright in the book *Winning Isn't Normal*. [Dkt. 1-1].

d. Counsel for Defendants, Mr. Kal K. Shah, has agreed to waive service of process for both Chicago Cubs Baseball Club LLC and Joshua Lifrak. Each Defendant's answer is due June 10, 2019.

e. The principal legal issues in the case include, without limitation: (i) whether Plaintiff owns a valid copyright in the book *Winning Isn't Normal*; (ii) whether Defendant Lifrak's copying of an excerpt of the book *Winning Isn't Normal* infringed Plaintiff's valid copyright; and (iii) whether Defendant Chicago Cubs Baseball Club LLC is also liable for Defendant Lifrak's infringement.

f. The principal factual issues in the case include, without limitation: (i) whether Defendant Lifrak's infringing conduct was done willfully; and (ii) whether Defendant Lifrak's infringing conduct, occurred in the course of his employment with Defendant Chicago Cubs Baseball Club LLC.

g. Plaintiff has not demanded a jury trial.

h. No discovery has yet been taken; counsel for Defendants has yet to file an appearance and Defendants' response to the Complaint is due June 10, 2019.

i. At this stage, in light of Defendants not yet being represented by counsel of record and their responses to the Complaint being outstanding, the earliest date the parties would be ready for trial is not reasonably ascertainable; however, Plaintiff reasonably estimates that trial may require four (4) days.

j. Plaintiff does not consent to proceed before the Magistrate Judge at this time.

k. The parties have not engaged in any settlement discussions.

l. Plaintiff does not request a settlement conference at this time.

Dated     May 27, 2019

    Respectfully submitted,

    /s/Adam E. Urbanczyk
    AU LLC
    564 W. Randolph St. 2nd Floor
    Chicago, IL 60661
    adamu@au-llc.com
    Ph.    (312) 715-7312
    Fax   (312) 646-2501
    ARDC No. 6301067

    C. Ashley Callahan (pro hac vice to be filed)
    Law Offices of C. Ashley Callahan, P.C.
    The Haehnel Building
    1101 East 11th Street
    Austin, TX 78702
    Ph.    (512) 817-3977
    Fax   (512) 287-3127
    acallahan@callahanlawoffices.com

    Joshua G. Jones (pro hac vice to be filed)
    The Law Office of Joshua G. Jones
    609 Castle Ridge Road, Ste. 450
    Austin, TX 78746
    Ph.    (512) 552-6123
    jjones@jgjoneslaw.com

    *Attorneys for Plaintiff*